Stewart L. FIELDS, Plaintiff–Appellant,

v.

Jim RUBENSTEIN, Commissioner; William S. Hanies, Warden; Bill Eslie, Associate Warden of Operations; Bobby Hamrick, Medical Administrator; Cliffton Hyre, M.D., O.D.; Correctional Medical Services; Jane Doe; John Doe, Defendants–Appellees,

and

West Virginia Board Of Risks And Insurances Management, Defendant.

No. 04–7140.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2003.

Decided: Nov. 29, 2004.

Steward L. Fields, Appellant pro se.

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stewart L. Fields appeals the district court's order accepting the recommenda-

tion of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) action and denying several motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fields v. Rubenstein,* No. CA–04–2 (N.D.W. Va. May 28, & June 15, 2004). We grant Fields' motion to dismiss John and Jane Doe as parties to the appeal. We deny Fields' motions for appointment of counsel, injunctive relief and damages, and service of three Appellees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*